IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
MORGAN STANLEY SMITH BARNEY, LLC :
:
       Plaintiff, :
:
  v. : Case No.: 5-19-CV-1933CFK
:
JULIE KNIGHT, :
:
       Defendant. :
_____:

## ENTRY OF APPEARANCE

**To The Clerk:**

    Kindly enter the appearance of Christopher P. Stief, Esquire, on behalf of Defendant, Julie Knight in the above-captioned matter.

                              **FISHER & PHILLIPS LLP**

Date: May 6, 2019           By:   */s/ Christopher P. Stief*
                                     Christopher P. Stief, Esquire
                                     Attorney I.D. No. #72505
                                     FISHER & PHILLIPS LLP
                                     150 N. Radnor Chester Road
                                     Suite C300
                                     Radnor, PA 19087
                                     (610) 230-2130
                                     (610) 230-2151 (Fax)

## **CERTIFICATE OF SERVICE**

I, Christopher P. Stief, certify that on May 6, 2019, I served a true and correct copy of my Entry of Appearance, which was filed electronically and is available for viewing and downloading through the ECF system, via email notification through the Court's Notice of Electronic Case Filing system upon the following counsel of record:

>Christopher C. Coss, Esquire
>Thomas J. Momjian, Esquire
>Coss & Momjian, LLP
>111 Presidential Blvd., Suite 214
>Bala Cynwyd, PA 19004

Date: <u>May 6, 2019</u>     By:     <u>/s/ Christopher P. Stief</u>
                                          Christopher P. Stief, Esquire