UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MORGAN STANLEY SMITH BARNEY LLC, )
)
        Plaintiff, )
)
v. )
) No. 5:19-CV-1933
JULIE KNIGHT, )
)
        Defendant. )
) ~cfk~
~~ORDER~~ TEMPORARY RESTRAINING ORDER

AND NOW, this 6 day of May, 2019 upon consideration of the Complaint and INCLUDING AFFADAVITS of supporting papers of Morgan Stanley Smith Barney LLC ("Morgan Stanley"), and having determined that:

    1. The rights of Morgan Stanley with respect to its property, proprietary and confidential information, competitive interests, and contract with the Defendant are ~~being and~~ ALLEGEDLY AT RISK AND will continue to be ~~violated~~ AT RISK unless the Defendant is restrained ~~therefrom;~~ UNTIL A HEARING CAN BE HELD.

    2. Morgan Stanley will suffer irreparable harm and loss if the Defendant is permitted TO USE THE INFORMATION OF MORGAN STANLEY to convert the property of Morgan Stanley to her own personal use and benefit, and that THIS of her new employer, Janney Montgomery Scott LLC ("Janney"), and solicit Morgan Stanley clients; ~cfk~

    ~~3. Morgan Stanley has no adequate remedy at law;~~

    ~~4. Greater injury will be inflicted upon Morgan Stanley by the denial of injunctive relief than would be inflicted upon the Defendant by the granting of such relief; and~~

    ~~5. The issuance of injunctive relief will not disserve the public interest.~~

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. A Temporary Restraining Order issue immediately and that security in the amount of $50,000. be posted no later than the 10TH day of May, 2019; *# PARTIES HAY STIPULATE TO A DIFFERENT SUM.* *qv*

2. The Defendant is immediately enjoined and restrained, directly or indirectly, and whether alone or in concert with others, including any officer, agent, employee, and/or representative of Janney, until further Order of this Court, from doing any of the following:

> (i) Soliciting the business of any customers of Morgan Stanley whom the Defendant serviced, or whose names became known to the Defendant while in the employ of Morgan Stanley or as a result of her employment with Morgan Stanley, with respect to securities, commodities, financial futures, insurance, tax advantaged investments, mutual funds, or any other line of business in which Morgan Stanley or any of its affiliates is engaged (excluding members of the Defendant's family);
>
> (ii) Using, disclosing, or transmitting for any purpose, any records, documents, or information relating in any way to the clients, business or marketing strategies, or business operations of Morgan Stanley, whether in original, copied, computerized, handwritten, or any other form (hereafter the "Records and Information");
>
> (iii) Retaining, in any form, including without limitation

original, copied, computerized, handwritten or any other form, any Records and Information;

~~(iv) Any and all other such acts as this Court deems appropriate for injunctive relief.~~ *cfk*

3. The Defendant, and anyone acting in concert or participation with her, including any agent, employee, officer or representative of Janney, are further ordered to ~~return to~~ MAINTAIN AND PRESERVE AND NOT DISSEMINATE ALL Morgan Stanley all Records and Information, whether in original, copied, computerized, handwritten or any other form, and to ~~purge~~ KEEP FOR COURT REVIEW AND DISCOVERY any such Records and Information ~~from~~ in their possession, custody, or control ~~after providing all such information to Plaintiff's counsel, within twenty-four (24) hours of notice to the Defendant or her counsel of the terms of the Court's Order;~~ *cfk*

DEFENDANT MUST PRESERVE ALL HER MORGAN EMAILS AND ALL HER JANNEY EMAILS AND ALL HER PERSONAL EMAILS PERTAINING TO EITHER JANNEY OR MORGAN *cfk*

4. ~~Pursuant to the requirements of sections 3 and 4 of the Federal Arbitration Act, 9 U.S.C. §§ 3-4, the parties are directed to proceed to expedited arbitration hearings on the merits before a duly appointed panel of arbitrators pursuant to Rule 13804 of the FINRA Code of Arbitration Procedure.~~ *cfk*

4. A HEARING SHALL BE HELD ON THIS TRO AT 8:30 AM, FRIDAY, MAY 10TH, 2019, COURTROOM 6A - 6TH + MARKET. COUNSEL SHALL PRODUCE AN AGREED UPON SCHEDULING ORDER FOR THE PRELIM INJUNCTION HEARING. COUNSEL MAY STIPULATE TO A DIFFERENT TRO DATE WITH RESTRICTIONS IT DEEMS NECESSARY. *cfk*

SO ORDERED.

May 6, 2019 at 11:20 o'clock A.m.

BY THE COURT:

_____
U.S.D.J. KENNEY